# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, OR ANY OF HIS DEPUTIES, AND TO:**

**Director, Bristol County Jail and House of Corrections**

YOU ARE COMMANDED to have the body of **Raekwon Paris**, now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, **Courtroom No. 25** on the **7th** floor, Boston, Massachusetts, on **Tuesday, January 28, 2020,** at **2:00 P.M.** for the purpose of an arraignment and initial appearance in the case of **United States of America v. Raekwon Paris, Case No. 1:19-cr-10459-RWZ-38.**

And you are to retain the body of said **Raekwon Paris** while before said Court upon said day and upon such other days thereafter as defendant's attendance before said Court shall be necessary, and as soon as may be thereafter to return said **Raekwon Paris** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 27th day of January, 2020.


__/s/ Marianne B. Bowler_____ _____
UNITED STATES MAGISTRATE JUDGE

                                                     ROBERT M. FARRELL
                                                   CLERK OF COURT

                                      By:    /s/ Harold Putnam, Esq.
                                                       Deputy Clerk