UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 19-CV-10459-RWZ-38

UNITED STATES OF AMERICA

v.

RAEKWON PARIS

## MEMORANDUM & ORDER

May 13, 2021

ZOBEL, S.D.J.

Defendant pleaded guilty to an indictment charging him with conspiracy to conduct enterprise affairs through a pattern of racketeering activity in violation of 18 U.S.C. § 1962(d). On April 7, 2021, he was sentenced to 22 months of incarceration followed by three years of supervised release. He now moves for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).

A motion for compassionate release may be granted upon a determination that "extraordinary and compelling reasons" warrant a sentence reduction, 18 U.S.C. § 3582(c)(1)(A), and after consideration also of the sentencing factors set forth in 18 U.S.C. § 3553(a). Defendant has been in federal custody at the Wyatt Detention Facility ("Wyatt") since January 28, 2020. With good time credit, he will be eligible for release on or about August 19, 2021. Due to the COVID-19 pandemic and the relatively short remaining sentence, defendant will not be transferred to the custody of the Bureau of Prisons ("BOP") and will instead remain at Wyatt in the custody of the United States

1

Marshals Service. Had he been transferred to BOP custody, he would now be eligible for transfer to a residential reentry center or home confinement. See 18 U.S.C. § 2624(c); see also BOP Program Statement 7310.04.

The coronavirus pandemic creates an extraordinary circumstance where defendant cannot avail himself of BOP's residential reentry center or home confinement program and is therefore subject to an increased risk of contracting a serious illness while he completes his sentence at Wyatt.

I. **Conclusion**

The motion for compassionate release (Docket # 1842) is ALLOWED. Defendant shall be released forthwith and start the previously imposed period of supervised release, with the additional condition that he spend the period until August 19, 2021, in home confinement.

May 13, 2021
DATE

RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE